

# Fourth Court of Appeals
## San Antonio, Texas

September 13, 2016

No. 04-16-00120-CV

**THREE THOUSAND FIVE HUNDRED THIRTY-FIVE DOLLARS** ($3,535.00) United
States Currency,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-11848
Honorable Peter Sakai, Judge Presiding

## O R D E R

Sitting:     Karen Angelini, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

Appellant has filed a "Motion to Withhold Opinion in Light of Determining Factors." We construe appellant's motion as a motion for rehearing. Appellant's motion for rehearing is DENIED.

It is so **ORDERED** on September 13, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court